JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARMENA SHENOUDA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF RIVERSIDE, OFFICER SOUSA, AND DOE OFFICERS 1-10,<br><br>Defendants, | Case No.: 5:25-cv-02192-SVW-RAO<br><br>*Hon. Judge Stephen V. Wilson*<br>*First Street Courthouse – Dept. 10A*<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Court, having considered the Joint Stipulation for Dismissal of the entire action and all parties With Prejudice, this Court hereby finds GOOD CAUSE to dismiss the entire action and orders as follows:

1. All claims, and all parties, and all claims for relief are hereby DISMISSED WITH PREJUDICE;

2. All parties shall bear their own attorney's fees and costs in this action; and

3. The parties have waived and foregone any rights to appeal with respect to any issues, rulings, or orders in this action.

**IT IS SO ORDERED**.

DATED: November 19, 2025

_____
Hon. Judge *Stephen V. Wilson*
United States District Judge